# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROY COLUMBUS GOLD, III, <br><br> Defendant. | NO. CR05-391-RSM <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 13, 2013. The United States was represented by Assistant United States Attorney Sarah Vogel, and the defendant by Peter Camiel.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. On or about September 22, 2006, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 36 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, prohibited from gambling and/or entering gambling establishments, consume no prescription drugs without the specific permission of the

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

probation officer, and participate in a RRC for up to 180 days as directed by the probation officer..

In a Petition for Warrant or Summons, dated January 3, 2013, U.S. Probation Officer Andrew J. Lorenzen asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to report to the probation officer as directed, on or about December 27, 2012, in violation of standard condition number 2.

(2) Failing to reside in and satisfactorily participate in a residential reentry center program for up to 180 days as directed by the probation officer, on or about December 29, 2012, in violation of the special condition of supervision.

(3) Failing to report change in residence as directed, on or about December 29, 2012, in violation of standard condition number 6.

On March 6, 2013 defendant made his initial appearance. The defendant was advised of his rights and acknowledged those rights. On March 13, 2013, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on April 12, 2013 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 14th day of March, 2013.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Sarah Vogel
Defendant's attorney: Peter Camiel
Probation officer: Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3